IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **JIMMY SEGARRA, also known as "FAT TITO"** | **NO. 13-141-04** |

## O R D E R

**AND NOW**, this 5th day of January, 2015, upon consideration of defendant Jimmy Segarra's Motion to Join in Co-Defendants' Motions (Document No. 179, filed December 23, 2014), **IT IS ORDERED** that defendant Jimmy Segarra's Motion to Join in Co-Defendants' Motions is **DENIED WITHOUT PREJUDICE** to defendant's right to file a Notice of Joinder in specific motions in accordance with provisions of paragraph 5 of the Case Management Order Number 1, dated November 12, 2014, within seven (7) days.  The Government shall have seven (7) days from service of the Notice of Joinder in a specific motion in which to file a response or a supplemental response.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.